IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROY T. CARTER,

                          PLAINTIFF,

VERSUS           CIVIL ACTION NO. 5:05cv151-DCB-JCS

LIFE INSURANCE COMPANY OF ALABAMA,

                          DEFENDANT.

---

**AGREED ORDER TO EXTEND THE TIME FOR RESPONDING TO THE MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF LIFE INSURANCE COMPANY OF ALABAMA**

---

  This matter having come before the Court on the application of the plaintiff for an order extending the date for the filing of a response to the summary judgment motion filed on behalf of the defendant, and the Court having noted the consent of counsel for the defendant to an extension of up to twenty days,

  IT IS HEREBY ORDERED that the time for filing a response to the defendant's motion for summary judgment shall be extended until May 30, 2006

  SO ORDERED, this the 11th day of May, 2006.

                     S/DAVID BRAMLETTE
                     David Bramlette, III
                     Judge, United States District Court

The undersigned agree to the
entry of the within order:

Rutherford Calder,
attorneys for Roy T. Carter


By: /s/Charles A. Becker, Jr.
Charles A. Becker, Jr.

Underwood Thomas, attorneys
for Life Insurance Company of Alabama


By: /s/Sam S. Thomas
Sam S. Thomas